UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:20-MJ-00032 JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| HECTOR MANUEL GAXIOLA, JR, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Monica L. Bermudez is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to September 16, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **September 20, 2020**          **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE